(4) Is the United States liable for the personal indebtedness of State Steamship Corporation, in respect of supplies and necessaries furnished to a vessel, in respect of which no maritime lien would have arisen, had such vessel been privately owned?

---

Jessie Findley COLEMAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6450. In Error to the District Court of the United States for the Western District of Oklahoma. Tillman & Tillman, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

Jessie Findley COLEMAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6451. In Error to the District Court of the United States for the Western District of Oklahoma. Tillman & Tillman, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

CORN EXCH. NAT. BANK OF CHICAGO et al. v. Lewis E. TYLER. (Circuit Court of Appeals, Eighth Circuit. June 8, 1923.) No. 6183. Appeal from the District Court of the United States for the Northern District of Iowa. Clarence M. Hanson, of Fort Dodge, Iowa, for appellants. Seth Thomas, M. F. Healy, and T. M. Healy, all of Fort Dodge, Iowa, for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

---

James C. DAVIS, Director General of Railroads, v. HOWE–McCURTAIN COAL & COKE CO. (Circuit Court of Appeals, Eighth Circuit. May 22, 1923.) No. 6225. In Error to the District Court of the United States for the Eastern District of Oklahoma. C. O. Blake and W R. Bleakmore, both of El Reno, Okl., and A. T. Boys, of Oklahoma City, Okl., for plaintiff in error. E. F. Maley, of Okmulgee, Okl., and J. H. Gordon, of McAlister, Okl., for defendant in error.

PER CURIAM. Dismissed, with costs, on motion of defendant in error.

---

John D. DUTCHER v. NEBRASKA CLAY PRODUCTS CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 14, 1923.) No. 6321. Appeal from the District Court of the United States for the District of Nebraska. Grenville P. North and Fay H. Pollock, both of Omaha, Neb., for appellant. E. C. Hodder, Raymond G. Young, and George W. Pratt, all of Omaha, Neb., for appellees.

PER CURIAM. Appeal dismissed, with costs, etc., per stipulation of parties.

---

George ELLIS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 7, 1923.) No. 6029. In Error to the District Court of the United States for the District of Nebraska. Arthur C. Thomsen, of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.